

ARC Management Group, LLC   info@arccollects.com
1825 Barrett Lakes Blvd., Suite505   Toll Free 1-866-510-9754
Kennesaw, GA 30144-7518   Local 678-486-5200

Office Hours
8am-6pm EST Monday, Wednesday, Friday
8am-5pm EST Tuesday and Thursday

RE:                 40868569
Original Creditor:  STERLING EMER SVCS MIAMI BEACH P
Guarantor:          HARRY D GREEN
Patient:            GREEN, HARRY D
File #:             12172274
Amount Due:         $2275.00

November 7, 2018

This office has been retained for the collection of the above referenced debt. Your account is past due and we are requesting that you remit the amount listed above to our office. It is our intention to bring resolution to this matter. This debt was incurred when you received services on 06-02-18 from STERLING EMER SVCS MIAMI BEACH P. These services were rendered at MT SINAI MEDICAL CENTER. This debt is for the physician services which are billed separately from the facility charges.

STERLING EMER SVCS MIAMI BEACH P sent the account to this office for collections. Your insurance provided at the time of service has been billed and payments received have been applied to your balance. The amount due is your responsibility. If the insurance company paid you directly, it is your responsibility to pay STERLING EMER SVCS MIAMI BEACH P. If you have a question about your insurance, please contact us at the number listed above.

It is our intention to bring resolution to the matter. Unless you dispute the validity of this debt or any portion thereof within (30) days of receipt of this notice, we will assume the debt is valid. If you notify us in writing within the thirty (30) day period that the debt or any portion thereof is disputed we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you. If you request in writing within thirty (30) days after receipt of notice, we will provide you with the name and address of the original creditor if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Should you fail to respond to this letter, we may pursue further collection efforts allowed under all applicable law. If you have any questions, please contact this office.

You can pay your bill via the internet at www.arcmgmt.com (click on Pay Your Bill Here). To ensure proper credit, please use your file number listed below. You may also mail your payment using the enclosed envelope. All funds should be payable to STERLING EMER SVCS MIAMI BEACH P to ensure proper credit.

We can be reached for further discussion at 1-866-510-9754. Your prompt attention to this matter is appreciated.

Sincerely,
ARC Management Group, LLC

---

***Detach Lower Portion and Return with Payment***

L_CU105441_ARCERINS

| FILL OUT BELOW FOR CREDIT CARD PAYMENTS. | |
|---|---|
| ☐ ☐ ☐ ☐ CHECK CARD USING FOR PAYMENT. Additional fee may be applied for credit card payments. | |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE / |
| CARDHOLDER NAME | AMOUNT $ |
| CARDHOLDER SIGNATURE | |

CU105441
PO Box 1280
Oaks PA 19456-1280

November 7, 2018

ARCERINS    121688227
HARRY D GREEN
1145 101st St Apt 1
Bay Harbor Islands FL 33154-1525

ARC Management Group, LLC
1825 Barrett Lakes Blvd., Suite 505
Kennesaw GA 30144-7518

RE:                 40868569
Original Creditor:  STERLING EMER SVCS MIAMI BEACH P
Guarantor:          HARRY D GREEN
Patient:            GREEN, HARRY D
File #:             12172274
Amount Due:         $2275.00