UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 1:19-cv-24583-RNS

HARRY GREEN,

    Plaintiff,

vs.

ARC MANAGEMENT GROUP, LLC,
and STERLING EMERGENCY
SERVICES OF MIAMI BEACH, P.A.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff HARRY GREEN, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: January 24, 2020

                                    Respectfully Submitted,

                                    /s/ Jibrael S. Hindi
                                  **JIBRAEL S. HINDI, ESQ.**
                                  Florida Bar No.: 118259
                                  E-mail:   jibrael@jibraellaw.com
                                  **THOMAS J. PATTI, ESQ.**
                                  Florida Bar No.: 118377
                                  E-mail:   tom@jibraellaw.com
                                  The Law Offices of Jibrael S. Hindi
                                  110 SE 6th Street, Suite 1744
                                  Fort Lauderdale, Florida 33301
                                  Phone:    954-907-1136
                                  Fax:         855-529-9540

                                  *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti                            .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com